Mark D. Estle, SBN 135004
Erica T. Loftis, SBN 259286
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorneys for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| In Re:<br><br>Mary Bryant,<br><br>              Debtor. | Bankruptcy Case No.: 15-11671<br><br>Chapter 7<br><br>Date:    No Hearing Scheduled<br>Time:<br>Judge:  Honorable Frederick E. Clement<br>Place:  United States Bankruptcy Court<br>          2500 Tulare St., Ste. 2501<br>          Fresno, CA 93721<br>          Department A, Courtroom 11 |

## DECLARATION OF ERICA T. LOFTIS IN SUPPORT OF WELLS FARGO BANK, N.A. EX PARTE MOTION TO REOPEN CASE

I, Erica T. Loftis, declare as follows:

1. I am an attorney licensed to practice before this Court. I am an attorney at Buckley Madole, P.C., attorneys for Movant Wells Fargo Bank, N.A. ("Movant").

2. On or around September 9, 2014, Debtor ("Debtor") was purportedly transferred an interest in real property commonly known as 3143 Brickfield Avenue, Tulare, CA 93274 (the "Property") by grant deed. A copy of the Grant Deed is attached hereto as Exhibit A.

3. On April 27, 2015, Debtor filed a voluntary petition under Chapter 7 of the bankruptcy code in the United States Bankruptcy Court, Eastern District of California, Fresno Division case number 15-11671.  A copy of the docket report for Debtor's case is attached hereto as Exhibit B.

4. On May 7, 2015, a non-judicial foreclosure sale of the Property occurred.  The Property reverted back to Wells as beneficiary.  A Trustee's Deed Upon Sale has not yet been recorded.

5. Debtor's bankruptcy case was dismissed on May 8, 2015 due to Debtor's failure to file required documents (See Exhibit B).  Debtor's case was subsequently closed on May 26, 2015 (See Exhibit B, Docket Entry No.18)

6. As Debtor's bankruptcy case is closed, Movant requests that the Debtor's case be re-opened to allow Movant to file and have heard a Motion for Relief from the Automatic Stay to annul the stay as to the foreclosure sale that occurred on May 7, 2015.  Movant contends that due to the unauthorized transfer of the Property and the lack of notice of the bankruptcy, Debtor's case was not filed in good faith and was filed as part of a scheme to delay, hinder, and defraud Movant under 11 U.S.C. § 362(d)(4)(A).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this __31st__ day of August 2015, at Long Beach, California.

By: */s/ Erica T. Loftis*___
Erica T. Loftis Esq.