7

Mark D. Estle, SBN 135004
Erica T. Loftis, SBN 259286
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorneys for Wells Fargo Bank, N.A.

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re<br><br>Mary Bryant,<br><br>        Debtor. | Bankruptcy Case No.: 15-11671<br><br>**EXHIBITS IN SUPPORT OF WELLS FARGO'S EX PARTE MOTION TO REOPEN CASE**<br><br>Date:    **No Hearing Scheduled**<br>Time:<br>Judge:   Honorable Frederick E. Clement<br>Place:   United States Bankruptcy Court<br>            2500 Tulare St., Ste. 2501<br>            Fresno, CA 93721<br>            Department A, Courtroom 11 |

| INDEX | | |
|---|---|---|
| **EXHIBIT NUMBER** | **TITLE** | **PAGES** |
| A | Grant Deed | 2 |
| B | Case Docket | 4 |
| | | |
| | | |
| | | |
| | | |
| | | |

Doc#: US1:7973003v9 (WFv8)

404-CA Eastern-V8

**RECORDING REQUESTED BY: MARY JANE BRYANT**

WHEN RECORDED MAIL THIS DEED AND, UNLESS
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:

Name: MARY JANE BRYANT
Street
Address:   3143 BRICKFIELD AVENUE
City
State       TULARE, CA 93274-7880
& Zip
Title Order No.:          Escrow No.:

2014-0045901

Recorded
Official Records
County of
Tulare
ROLAND P. HILL
Clerk Recorder

REC FEE       20.00
COPY - RECORD 12.00
COPY CERTIFICA 2.00

CA
10:01AM 09-Sep-2014   Page 1 of 2

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Grant Deed

The undersigned Grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX IS $Zero (0)

"This conveyance transfers an interest into or out of a Living Trust, R & T 11930"

☐ Computed on Full Value of the interest or property conveyed, or

☐ Computed on full value less value of liens or encumbrances remaining at time of sale,

☐ Unincorporated Area         City of TULARE
Parcel No.: 184-200-026

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
MARTHA J. CARY, A WIDOW,

Hereby GRANT(s) to:
MARY JANE BRYANT, TRUSTEE OF THE MARTHA JAYNE CARY LIVING TRUST UNDER A TRUST DATED JANUARY 11, 2014.

The following described real property in the County of TULARE, State of California

SEE "EXHIBIT A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE FOR LEGAL DESCRIPTION
COMMONLY KNOWN AS: 3143 BRICKFIELD AVENUE TULARE, CA 93274-7880

Dated: 08/12/2014

*/s/ Martha Jayne Cary*

STATE OF CALIFORNIA
COUNTY OF Tulare
On August 12, 2014 before me, Maria Arcelia Vargas, A Notary Public, personally appeared Martha Jayne Cary

**MARTHA JAYNE CARY**

Beatry Banuelos - witness
Dorothy A. Hickman

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/their/her authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal

Signature */s/ Maria Arcelia Vargas*

MARIA ARCELIA VARGAS
COMM. # 2075292
NOTARY PUBLIC-CALIFORNIA
TULARE COUNTY
My Comm. Exp. JULY 20, 2018

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE, IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

| Name | Street Address | City & State |
| --- | --- | --- |

Exhibit A

# EXHIBIT A

**LEGAL DESCRIPTION**

Real property in the City of Tulare, County of Tulare, State of California, described as follows:

LOT 55, AS SHOWN ON THAT CERTAIN MAP ENTITLED THE WINDMILLS NO. 1, WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF TULARE, STATE OF CALIFORNIA ON AUGUST 12, 2005 IN BOOK 41 OF MAPS, PAGE(S) 56.

APN: 184-200-026



- Query
- Reports
- Utilities
- Logout

**CLOSED**

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 15-11671

|  |  |
|---|---|
| *Assigned to:* Hon. W. Richard Lee | *Date filed:* 04/27/2015 |
| Chapter 7 | *Date terminated:* 05/26/2015 |
| Voluntary | *Debtor dismissed:* 05/08/2015 |
| No asset | *341 meeting:* 06/05/2015 |
|  | *Deadline for objecting to discharge:* 08/04/2015 |
|  | *Deadline for financial mgmt. course:* 07/20/2015 |

*Debtor disposition:* Dismissed for Failure to File Information

Exhibit B

Case 15-11671    Filed 08/31/15    Doc 21

*Debtor*  represented by **Mary J. Bryant**
**Mary J. Bryant**  PRO SE
4620 W Tulare Ave
Visalia, CA 93277
TULARE-CA
559-802-8442
SSN / ITIN: xxx-xx-1255

*Trustee*
**Peter L. Fear**
PO Box 28490
Fresno, CA 93729
559-464-5295

*U.S. Trustee*
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

| Filing Date | # | Docket Text |
|---|---|---|
| 04/27/2015 | 1<br>(5 pgs) | Chapter 7 Voluntary Petition. Missing Document(s): Verification and Master Address List due by 5/4/2015; Statement of Financial Affairs; Summary of schedules; Statistical Summary; Schedule A - Real Property; Schedule B - Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; Form 22A-1 Statement of Monthly Income; Document(s) due by 5/11/2015. (rgaf) (Entered: 04/27/2015) |
| 04/27/2015 |  | Meeting of Creditors to be held on 06/05/2015 at 08:30 AM at Fresno Meeting Room 1450. Last day to oppose discharge: 08/04/2015. (rgaf) (Entered: 04/27/2015) |
| 04/27/2015 | 2<br>(1 pg) | Notice of Appointment of Interim Trustee Peter L. Fear (auto) (Entered: 04/27/2015) |
| 04/27/2015 | 3<br>(3 pgs) | Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed. A copy of this notice was returned to the pro se debtor(s) by mail. (rgaf) (Entered: 04/27/2015) |

Exhibit B

Case 15-11671    Filed 08/31/15    Doc 21

| | | |
|---|---|---|
| 04/27/2015 | 4 | Statement of Social Security Number(s) (rgaf) (Entered: 04/27/2015) |
| 04/27/2015 | 5<br>(3 pgs) | Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee Re: Filed by Debtor Mary J. Bryant (rgaf) (Entered: 04/27/2015) |
| 04/27/2015 | | Docket Entry Reserved for Internal Use/Order Processing - Waive Fee 5 Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee Re: (rgaf) (Entered: 04/27/2015) |
| 04/27/2015 | 1<br>(5 pgs) | Master Address List (rgaf) (Entered: 04/27/2015) |
| 04/28/2015 | 7 | NOTICE DELTED-REQUESTED IN ERROR Copy of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as transmitted to BNC for service. (mgrs) Modified on 4/28/2015 (mgrs). (Entered: 04/28/2015) |
| 04/28/2015 | 8<br>(3 pgs) | Copy of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as transmitted to BNC for service. (mgrs) (Entered: 04/28/2015) |
| 04/28/2015 | 10<br>(2 pgs) | BNC 341 Notice Requested (CMX) (Entered: 04/28/2015) |
| 04/28/2015 | 9<br>(2 pgs) | Notice of Requirement to Complete Course in Financial Management Course Certificate as Transmitted to BNC for Service. (Admin) (Entered: 04/28/2015) |
| 04/28/2015 | 12<br>(3 pgs) | Certificate of Mailing of Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/30/2015) |
| 04/28/2015 | 13<br>(3 pgs) | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/30/2015) |
| 04/28/2015 | 14<br>(4 pgs) | Certificate of Mailing of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/30/2015) |
| | 11 | Copy of Notice of Incomplete Filing and Notice of Intent to |

Exhibit B

| | | |
|---|---|---|
| 04/29/2015 | (3 pgs) | Dismiss Case if Documents Are Not Timely Filed as transmitted to BNC for service. (mgrs) (Entered: 04/29/2015) |
| 04/29/2015 | 15<br>(4 pgs) | Certificate of Mailing of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/01/2015) |
| 05/08/2015 | 16<br>(1 pg) | Bankruptcy Case dismissed. Order Dismissing Case for Failure to Timely File Documents as transmitted to BNC for Service. (dpas) (Entered: 05/08/2015) |
| 05/08/2015 | 17<br>(2 pgs) | Certificate of Mailing of Order Dismissing Case for Failure to Timely File Documents as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/10/2015) |
| 05/26/2015 | 18<br>(1 pg) | Order Closing Case where Case has been Dismissed (mgrs) (Entered: 05/26/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/07/2015 13:50:19 | | | |
| **PACER Login:** | lc1183:2828372:0 | **Client Code:** | CL21191 |
| **Description:** | Docket Report | **Search Criteria:** | 15-11671 Fil or Ent: filed From: 1/1/1990 To: 8/7/2015 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Exhibit B